UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HERMAN KAM,

                                  Plaintiff,                        21-CV-07138 (KPF)(SN)

      -against-                                                **ORDER**

ARAMARK AMERICAN FOOD SERVICES, INC.,

                                Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On July 8, 2022, the Honorable Katherine Polk Failla assigned this matter to my docket for settlement. By July 15, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences.

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
                                                               United States Magistrate Judge

DATED:       July 11, 2022
                    New York, New York