```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HERMAN KAM,

                            **Plaintiff,**                       21-CV-07138 (SN)

        -against-                                                     **ORDER**

ARAMARK AMERICAN FOOD SERVICES, INC.,

                            **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       On September 29, 2022, the parties appeared before me and reached a settlement in principle. On November 7, 2022, the Honorable Katherine P. Failla approved the parties' consent to my continuing jurisdiction for enforcement purposes. Accordingly, it is ORDERED that this action is dismissed, provided, however, that within 120 days of this Order, counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      November 9, 2022
                New York, New York