UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

HERMAN KAM,                                                 Case No. 1:21-cv-07138-SN

                              Plaintiff,          **NOTICE OF APPEARANCE**

         -against-

ARAMAK AMERICAN FOOD SERVICES, INC.,

                              Defendants.
-------------------------------------------------------------------------X

        PLEASE TAKE NOTICE, that the above-named Plaintiff, through his attorneys, HAMRA LAW GROUP, P.C., and the undersigned, does hereby appear in this action for any and all purposes.

        PLEASE TAKE FURTHER NOTICE, that all papers, proceedings, notices, filings, and the like shall be served on the undersigned at the electronic and post office addresses below.

Dated:   Great Neck, New York
          February 22, 2023

*Kevin S. Johnson*
_____
By:     Kevin S. Johnson, Esq.
Hamra Law Group, P.C.
1 Linden Place, Suite 207
Great Neck, NY 11021
(646) 590 – 0571