UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

HERMAN KAM,

                  Plaintiff,

     -against-

ARAMARK AMERICAN FOOD SERVICES, INC.,

                  Defendant.
-------------------------------------------------------------X

21-CV-07138 (KPF)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/2023

**SARAH NETBURN, United States Magistrate Judge**:

    In light of the close of fact discovery on March 31, 2023, the parties are directed to file a joint status letter no later than April 12, 2023. The letter should include a proposed briefing schedule for any anticipated motions for summary judgment.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    April 5, 2023
                New York, New York