**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**HERMAN KAM,**

                              **Plaintiff,**

            -against-

**ARAMARK AMERICAN FOOD SERVICES, INC.,**

                              **Defendant.**

-----------------------------------------------------------------X

**21-CV-07138 (SN)**

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 4/18/2023 __
```

**SARAH NETBURN, United States Magistrate Judge**:

        Counsel for Plaintiff is ORDERED to respond to Defendant's letter motion at ECF No.

32 no later than April 20, 2023.

**SO ORDERED.**

                                        _____
                                        SARAH NETBURN
                                        United States Magistrate Judge

DATED:        April 18, 2023
              New York, New York