UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HERMAN KAM,

                              **Plaintiff,**                        21-CV-07138 (KPF)(SN)

        -against-                                         **ORDER**

ARAMARK AMERICAN FOOD SERVICES, INC.,

                             **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A hearing will be held on Wednesday, May 3, 2023, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The purpose of the hearing is to discuss Defendant's motion for discovery sanctions, ECF No. 32, as well as Plaintiff counsel's failure to comply with the Court's April 18, 2023 order. Both Plaintiff and his counsel are directed to attend this hearing.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:       April 24, 2023
                 New York, New York