UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HERMAN KAM,

                                  Plaintiff,                      21-CV-07138 (KPF)(SN)

                -against-                                 **ORDER**

ARAMARK AMERICAN FOOD SERVICES, INC.,

                                Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       The Court held a conference on May 3, 2023, to address Defendant's motion for sanctions, ECF No. 32, and Plaintiff's counsel motion to withdraw, ECF Nos. 40, 41.

       For the reasons stated on the record Defendant's motion is GRANTED. Plaintiff is precluded from relying on or using in any way any document produced after March 23, 2023. This includes all documents, audio recordings, or medical records produced after March 23, 2023, as well as any not yet produced. In addition, Plaintiff and his counsel, Kevin S. Johnson, are ORDERED, jointly and severally, to pay the attorney's fees in the amount of $2,500.00 to Defendant. All other requests for relief are DENIED. Counsel's motion to withdraw will be granted once the Court is informed that such payment has been made. The Court denies Counsel's request for a charging lien and to stay this litigation to allow Plaintiff to retain new counsel.

       Plaintiff is directed to file a Notice of *Pro Se* Appearance as soon as possible. Mr. Johnson has been instructed to assist Plaintiff in filing that notice as well as, if Plaintiff so desires, a request to receive electronic service.

Defendant's motion for summary judgment is due June 2, 2023. Plaintiff's opposition is due July 7, 2023, and Defendant's reply, if any, is due July 28, 2023.

The Court urges Plaintiff to contact New York Legal Assistance Group as soon as possible to aid in preparing his response to Defendant's motion. They may be reached at (216) 659-6190.

The Clerk of Court is requested to terminate the motion at ECF No. 32.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   May 4, 2023
         New York, New York