UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HERMAN KAM,

                Plaintiff,

-against-

ARAMARK AMERICAN FOOD SERVICES, INC.,

                Defendant.

------------------------------------------------------------X

21-CV-07138 (KPF)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

        On May 4, 2023, following a conference with the parties, the Court issued a scheduling order requiring Defendant's motion for summary judgment to be filed no later than June 2, 2023, with Plaintiff's opposition due July 7, 2023. See ECF No. 46. Defendant's motion was timely filed, ECF No. 50, but to date Plaintiff has failed to file any opposition.

        Given Plaintiff's *pro se* status, he is granted one final opportunity to oppose Defendant's motion before the Court deems the matter fully briefed. Any such opposition must be filed no later than August 14, 2023. No further extensions will be granted.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    July 31, 2023
               New York, New York