**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
HERMAN KAM,

                         Plaintiff,

        -against-

ARAMARK AMERICAN FOOD SERVICES, INC.,

                         Defendant.

------------------------------------------------------------------X

21 **CIVIL** 7138 (SN)

## <u>JUDGMENT</u>

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 14, 2023, Plaintiff has failed to establish a prima facie case for any of his causes of action and has not shown that any dispute of material fact exists here. As movant against the party who will bear the ultimate burden at trial, Defendant has carried its burden at summary judgment by pointing to an absence of evidence to support Plaintiff's claims. Defendant's motion for summary judgment is GRANTED in full; accordingly, the case is closed.

**Dated:** New York, New York

      September 15, 2023

                                  **RUBY J. KRAJICK**
                              _____
                                  **Clerk of Court**

                   **BY:**      K. mango
                                  _____
                                  **Deputy Clerk**